UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**  22-56220, 23-55069

**Case Name**  McDonald v. Lawson; Couris v. Lawson

**Hearing Location** (*city*)  Pasadena

**Your Name**  Kristin Liska

List the sitting dates for the three sitting months you were asked to review:

July 10-14, 2023; July 17-21, 2023;
August 14-18, 2023; August 21-25, 2023; and
September 11-15, 2023

Do you have an unresolvable conflict on any of the above dates?  ○ Yes  ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

Laird v. UTLA, No. 22-55780, Seattle

**Signature**  s/ Kristin Liska     **Date**  Apr 6, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                 New 12/01/2018